```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 11429
   LEODIS F SCOTT SR
   DELPHINE A SCOTT                            CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-7579     SSN XXX-XX-9003

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/29/2005 and was confirmed 10/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  23.89% from remaining funds.

     The case was paid in full 08/22/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
ALASKA EASTERN PARTNERS    UNSECURED           80227.43         .00        19168.97
BENEFICIAL MORTGAGE CORP   SECURED NOT I           .00          .00             .00
CHASE MANHATTAN MORTGAGE   CURRENT MORTG          .00           .00             .00
FORD MOTOR CREDIT          SECURED             7850.00       473.49         7850.00
FORD MOTOR CREDIT          UNSECURED OTH        342.66          .00           81.17
HOUSEHOLD FINANCE CORP     SECURED            11584.71          .00        11584.71
AEP                        SECURED NOT I           .00          .00             .00
BANK ONE NA                NOTICE ONLY     NOT FILED            .00             .00
THOMAS HITCHCOCK & ASSOC   PRIORITY        NOT FILED            .00             .00
ECAST SETTLEMENT CORP      UNSECURED          6886.33           .00         1645.37
CAPITAL ONE                UNSECURED       NOT FILED            .00             .00
CAPITAL ONE                UNSECURED       NOT FILED            .00             .00
CAPITAL ONE                UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORP      UNSECURED          1948.58           .00          465.58
EMERGE MASTERCARD          UNSECURED       NOT FILED            .00             .00
ILLINOIS DEPT OF EMPLOYM   UNSECURED       NOT FILED            .00             .00
J C PENNEY                 UNSECURED       NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          2975.44           .00          710.93
LAWRENCE FRIEDMAN          UNSECURED       NOT FILED            .00             .00
ISAC                       UNSECURED         11905.99           .00         2844.73
PROVIDIAN                  UNSECURED       NOT FILED            .00             .00
RESURGENT ACQUISITION LL   UNSECURED           895.85           .00          214.05
HSBC MORTGAGE SERVICES     UNSECURED         55964.44           .00        13371.74
HSBC MORTGAGE SERVICES     UNSECURED         52220.29           .00        12477.14
AMERICAN EXPRESS           UNSECURED       NOT FILED            .00             .00
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00             .00
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00             .00
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00             .00
RESURGENT ACQUISITION LL   UNSECURED          1567.88           .00          374.61
EMERGE MASTERCARD          UNSECURED           734.82           .00          175.57
KCA FINANCIAL SERVICES     UNSECURED       NOT FILED            .00             .00
KCA FINANCIAL SERVICES     UNSECURED       NOT FILED            .00             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 11429 LEODIS F SCOTT SR & DELPHINE A SCOTT
```

```
MERCHANTS CREDIT GUIDE C  UNSECURED       NOT FILED             .00            .00
MERCHANTS CREDIT GUIDE C  UNSECURED       NOT FILED             .00            .00
PROVIDIAN NATIONAL BANK   UNSECURED       NOT FILED             .00            .00
ARROW FINANCIAL SERVICES  UNSECURED          204.54             .00          48.87
ECAST SETTLEMENT CORP     UNSECURED         4303.30             .00        1028.20
THOMAS R HITCHCOCK        DEBTOR ATTY     1,853.50                        1,853.50
TOM VAUGHN                TRUSTEE                                         4,556.37
DEBTOR REFUND             REFUND                                          6,491.92

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  85,416.92

PRIORITY                                          .00
SECURED                                     19,434.71
     INTEREST                                  473.49
UNSECURED                                   52,606.93
ADMINISTRATIVE                               1,853.50
TRUSTEE COMPENSATION                         4,556.37
DEBTOR REFUND                                6,491.92
                         ---------------    ---------------
TOTALS                   85,416.92          85,416.92
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                 /s/ Tom Vaughn
  Dated: 11/29/07               _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```